IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIRSTI LOUGHERY, formerly known as KIRSTI RAGULA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MID-CENTURY INSURANCE COMPANY,<br><br>    Defendant. | Civil No. 19-383<br>Judge W. Scott Hardy<br><br>*Electronically Filed* |

## ORDER

AND NOW, this 13th day of October 2020, for the reasons stated in the Court's Memorandum Opinion of this date, it is hereby ORDERED that Defendant's Motion to Strike the Objections and to Have its Requests for Admissions to Plaintiff Deemed Admitted (Doc. No. 59) is GRANTED IN PART and DENIED IN PART as follows: Plaintiff's Objections to Request for Admission Nos. 4, 6, 8, 10-11, 14-17, 19, 23-28, 30-33, 40-41 and 44-45 are OVERRULED and the Court grants Plaintiff leave to serve upon Defendant amended answers to those Requests on or before November 3, 2020; Plaintiff's Objections to Request for Admission Nos. 32, 34 and 35 are SUSTAINED and Plaintiff shall have no further obligation to amend answers to those Requests.

                             /s/ W. Scott Hardy
                             W. Scott Hardy
                             United States District Judge